# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4856

_____

ANTHONY WILLIAM RITZ, JR.,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

February 20, 2019

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b) (notice of appeal must be filed within 30 days of rendition of order to be appealed); *Palm v. State*, 982 So. 2d 1226 (Fla. 1st DCA 2008) ("Because the notice of appeal was filed more than 30 days after rendition of the order and the untimely motion for rehearing did not delay rendition, this Court is without appellate jurisdiction.").

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Anthony William Ritz, Jr., pro se, Appellant.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.